United States District Court
Southern District of Texas
**ENTERED**
October 24, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SONIA SCOTT | § | |
| | § | CIVIL ACTION NO. 4:16-cv-2267 |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| CONN APPLIANCES, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER ON STIPULATION OF DISMISSAL

On this day, the Court considered the Parties' Stipulation of Dismissal. The Court, having reviewed the Stipulation on file, is of the opinion that it should be GRANTED. It is, therefore:

ORDERED that the above-styled case is ordered to arbitration and are hereby dismissed, without prejudice. Each party will bear all its own attorneys' fees and costs in this case.

SIGNED this 21st day of October, 2016.

_____
JUDGE PRESIDING

4824-1839-1867v.1